Case Number: 19-002860-CO

Filing # 87762936 E-Filed 04/10/2019 01:23:52 PM



IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

ARIANE BRYAN,
    Plaintiff,

vs.                                     Case No.:

FLORENCIA PARK, LLC.,
  a Florida Limited Liability Company        Judge:
  and
Unknown Defendant #1; and
Unknown Defendant #2,
_____/

## SUMMONS
### (SERVICE ON A CORPORATION)

THE STATE OF FLORIDA
To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant:

FLORENCIA PARK, LLC.
A Florida Limited Liability Company
c/o Robert F. Greene, Esq. Registered Agent
501 12th Street West
Brandon FL 34205

TIME: 9/2 AM
DATE: 4-26-19
SERVER: MJ
ID #: 4013
ROBERT L JONES INC.

**IMPORTANT**

    A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court, located at 315 Court Street, Clearwater, Florida 33756. **A phone call will not protect you.** Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below:

MELISSA GILKEY MINCE, ESQUIRE

McDonald & Mince, PLLC
801 West Bay Drive
Largo, Florida 33770
Primary Email: mmince@mcdonaldandmincelaw.com
Secondary Email: eserve@mcdonaldandmincelaw.com
Alternate Email: lmcdonald@mcdonaldandmincelaw.com

You must keep the Clerk of the Circuit Court's Office notified of your current address. You may file a Notice of Current Address. Future papers in this lawsuit will be mailed to the address on record at the Clerk's Office.

DATED on ___APR 10 2019___, 20___.

KEN BURKE, CPA

CLERK OF THE CIRCUIT COURT

By: _____
As Deputy Clerk

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene **20 dias**, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. <u>Una llamada telefonica no lo protegera</u>. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante):

MELISSA GILKEY MINCE, ESQUIRE
McDonald & Mince, PLLC
801 West Bay Drive
Largo, Florida 33770
Primary Email mmince@mcdonaldandmincelaw.com
Secondary Email: eserve@mcdonaldandmincelaw.com
Alternate Email: lmcdonald@mcdonaldandmincelaw.com

KEN BURKE CLERK CIRCUIT COURT
315 Court Street
Clearwater, Pinellas County, FL 33756-5165

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez **20 jours** consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. <u>**Un simple coup de telephone est insuffisant pour vous proteger**</u>. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous:

MELISSA GILKEY MINCE, ESQUIRE
McDonald & Mince, PLLC
801 West Bay Drive
Largo, Florida 33770
Primary Email: mmince@mcdonaldandmincelaw.com
Secondary Email: eserve@mcdonaldandmincelaw.com
Alternate Email: lmcdonald@mcdonaldandmincelaw.com