## 🛡 CASE NUMBER: 21-CA-002822
### Miranda, Dorene vs Educational Outfitters Group LLC

Case Number: 21-CA-002822
Uniform Case Number: 292021CA002822A001HC
Filed On: 2021-04-01
Case Type: Other
Case Status: Open

Judicial Officer: Wolfe, Mark
Defendant: Educational Outfitters Group LLC
Amount Due: $0.00

### CASE PARTY INFORMATION

| Party Type | Name | Attorney | Attorney Contact |
|---|---|---|---|
| Defendant | Educational Outfitters Group LLC | | |
| Defendant | J & K Uniforms LLC | | |
| Plaintiff | Miranda, Dorene | GIARDINA , JAMES SALVATORE | 813-435-5055 |

### CASE JUDGE INFORMATION

| Judge Assigned | Division | Date | Reason |
|---|---|---|---|
| Wolfe, Mark | Division B | 04/01/2021 | |

### CASE EVENT INFORMATION

| Event Date | Doc Index | Charge Number | Title |
|---|---|---|---|
| 05/04/2021 | 15 | | SUMMONS RETURNED SERVED |
| | | | EDUCATIONAL OUTFITTERS GROUP, LLC |
| | | | "Plaintiff: Miranda, Dorene" |
| 04/22/2021 | 14 | | E-FILED ALIAS SUMMONS ISSUED |
| | | | X1 |
| | | | "Defendant: Educational Outfitters Group LLC" |
| 04/21/2021 | 13 | | REQUEST FOR SUMMONS TO BE ISSUED (E-Filed) |
| | | | "Plaintiff: Miranda, Dorene" |
| 04/21/2021 | 12 | | LETTER TO |
| | | | ATTY RE: SUMMONS FEE - service@consumerrightslawgroup.com ; james@consumerrightslawgroup.com |
| 04/21/2021 | 11 | | REQUEST FOR SUMMONS TO BE ISSUED (E-Filed) |
| | | | "Plaintiff: Miranda, Dorene" |
| | | | "Plaintiff: Miranda, Dorene" |
| 04/20/2021 | 9 | | AFFIDAVIT OF NON SERVICE |
| | | | "Plaintiff: Miranda, Dorene" |
| 04/15/2021 | 8 | | SUMMONS RETURNED SERVED |
| | | | J&K UNIFORMS, LLC, RA, 4/13/21, CORPORATION |
| | | | "Plaintiff: Miranda, Dorene" |
| 04/01/2021 | 7 | | E-FILED SUMMONS ISSUED |
| | | | X2 |
| | | | "Defendant: Educational Outfitters Group LLC","Defendant: J &amp; K Uniforms LLC" |
| 04/01/2021 | 6 | | E-FILED REQUEST FOR SUMMONS TO BE ISSUED |
| | | | "Plaintiff: Miranda, Dorene" |
| | | | "Plaintiff: Miranda, Dorene" |
| 04/01/2021 | 4 | | REQUEST FOR DIVISION ASSIGNMENT (E-FILING) |
| | | | "Plaintiff: Miranda, Dorene" |
| 04/01/2021 | 3 | | COMPLAINT |
| | | | "Plaintiff: Miranda, Dorene" |
| 04/01/2021 | 2 | | CIVIL COVER SHEET |
| | | | "Plaintiff: Miranda, Dorene" |
| 04/01/2021 | 1 | | File Home Location - Electronic |