IN THE COUNTY COURT OF THE
SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY
FLORIDA - CIVIL DIVISION

CASE NO.: 19-002860-CO

ARIANE BRYAN,

    Plaintiff,

v.

FLORENCIA PARK, LLC, a Florida Limited
Liability Company and Unknown Defendant
#1; and Unknown Defendant #2,

    Defendants.

_____/

## NOTICE OF APPEARANCE AND
## DESIGNATION OF E-MAIL ADDRESSES

    Brian D. Rubenstein, Esq. and Daniel Nicholas, Esq. of Cole, Scott & Kissane, P.A. hereby give notice of their appearance on behalf of Defendant, FLORENCIA PARK, LLC, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.  Further, pursuant to Florida Rule of Judicial Administration 2.516, the undersigned hereby designates the following primary and secondary e-mail addresses for mail service in the above referenced case.

    Primary e-mail:    brian.rubenstein@csklegal.com
    Secondary e-mail:  daniel.nicholas@csklegal.com
    Alternate e-mail:   ashley.wildman@csklegal.com

**COLE, SCOTT & KISSANE, P.A.**
4301 WEST BOY SCOUT BOULEVARD - SUITE 400 - TAMPA, FLORIDA 33607 - (813) 289-9300 - (813) 286-2900 FAX

CASE NO.: 19-002860-CO

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of May, 2019, a true and correct copy of the foregoing was filed with the Clerk of Pinellas County by using the Florida Courts e-Filing Portal, which will send an automatic e-mail message to the following parties registered with the e-Filing Portal system: Lyla K. McDonald, Esq., McDonald & Mince, PLLC, eserve@mcdonaldandmincelaw.com, 801 West Bay Drive, Suite 113, Largo, FL 33770, (727) 667-2269, Attorney for Plaintiff, Ariane Bryan and Melissa Gilkey Mince, Esq., McDonald & Mince, PLLC, mmince@mcdonaldandmincelaw.com; eserve@mcdonaldandmincelaw.com, 801 W. Bay Drive, Suite 113, Largo, FL 33770, (727) 687-9707, Attorney for Plaintiff, Ariane Bryan.

        COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant FLORENCIA PARK,*
*LLC, a Florida Limited Liability Company*
4301 West Boy Scout Boulevard
Suite 400
Tampa, Florida 33607
Telephone (813) 864-9324
Facsimile (813) 286-2900
Primary e-mail: brian.rubenstein@csklegal.com
Secondary e-mail:
daniel.nicholas@csklegal.com
Alternate e-mail: ashley.wildman@csklegal.com

By:  s/ Brian Rubenstein
     BRIAN D. RUBENSTEIN
     Florida Bar No.: 16997
     DANIEL NICHOLAS
     Florida Bar No.: 47755

0151.0233-00/14078829