IN THE CIRCUIT COURT OF THE THIRTEEN JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUTY, FLORIDA
Civil Division

CASE NO.: 21-CA-002822

DORENE MIRANDA, individually, and on behalf of other similarly situated ,

Plaintiff,

v.

EDUCATIONAL OUTFITTERS GROUP, LLC, and J & K UNIFORMS, LLC,

Defendants.

_____/

## NOTICE TO STATE COURT OF
## DEFENDANT'S FILING NOTICE OF REMOVAL

| TO: | Clerk of the Court<br>Circuit Court, Thirteenth<br>In and For Hillsborough County, Florida |
|---|---|

Comes now, Defendant, J & K UNIFORMS L.L.C., by and through its undersigned counsel, and hereby gives Notice of Filing Defendant's Notice of Removal in the United States Distrcit of Florida, Tampa Division. A copy of Defendant's Notice of Removal is attached hereto.

Respectfully submitted, this 10th day of May, 2017.

CASE NO.: 21-CA-002823

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of May, 2021, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

        COLE, SCOTT & KISSANE, P.A.
        Counsel for Defendant *J & K UNIFORMS, LLC*
        4301 West Boy Scout Boulevard
        Suite 400
        Tampa, Florida 33607
        Telephone (813) 509-2691
        Facsimile (813) 286-2900
        Primary e-mail: daniel.nicholas@csklegal.com
        Secondary e-mail: patricia.toney@csklegal.com

By:  s/ Daniel A. Nicholas
        DANIEL A. NICHOLAS
        Florida Bar No.: 0847755

0746.0027-00/-1