UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA Divison

CASE NO.:

DORENE MIRANDA, individually, and on
behalf of other similarly situated ,

Plaintiff,

v.

EDUCATIONAL OUTFITTERS GROUP,
LLC, and J & K UNIFORMS, LLC,

Defendants.

_____/


TO:     UNITED STATES DISTRICT COURT
        MIDDLE DISTRICT OF FLORIDA
        TAMPA DIVISON
        TAMPA

**<u>DEFENDANT'S (J & K UNIFORMS LLC) NOTICE OF REMOVAL</u>**

Defendant, J & K Unifrom, LLC, ("J&K Unifrom"), by and through its undersigned

counsel, hereby requests removal of Plaintiff's, Dorene Miranda's, Complaint to federal

court, pursuant to <u>28 U.S.C. § 1441</u>, <u>28 U.S.C. § 1331</u>, <u>28 U.S.C. § 1332</u>, <u>28 U.S.C.

§1453</u>, and states as follows:

1. Plaintiff filed a one count, class action lawsuit against both Defendants  for

   violation of  the Fair and Accurate Credit Reporting Act ("FACTA"), <u>15 U.S.C. §

   1681 et. seq.</u>   The gravamen of the action is that the Defendants at point of

   sale completion improperly printed on cardholder(s) credit card receipts more

**COLE, SCOTT & KISSANE, P.A.**
4301 WEST BOY SCOUT BOULEVARD -  SUITE 400  -  TAMPA, FLORIDA 33607  -  (813) 289-9300  -  (813) 286-2900 FAX

CASE NO.:

than the last 5 digits of the card number or expiration date thereby violating FACTA.

2. On <u>April 13, 2021</u>, J& K Uniform was served with Plaintiff's Complaint.[1]

**JURISDICTION**

3. Plaintiff's Complaint is "singularly" based on federal question pertaining to FACTA violation and the relief afforded thereunder. Therefore, this Court has original, federal question jurisdiction over Plaintiff's claims pursuant to <u>28 U.S.C. § 1331</u>.

4. Plaintiff's complaint also seeks class action relief for which the named Plaintiff has diversity of citizenship to Defendant Educational Outfitters Group LLC ("EOG") pursuant to <u>28 U.S.C. 1332 (d)(2)(A).</u>  As for the amount in controversy, Plaintiff, in state court proceeding, has only made unspecified demand for damages in excess of $30,000.00. However, the damages being sought by Plaintiff include "statutory damages" for every point of sale violation committed by franchises and retail locations across the country. <u>See</u> Complaint ¶¶ 55, 63-70, 71, Ad Damnum ¶b. These violations could number in the thousands. Under FACTA, Plaintiff can recover up to $1000.00 for each of these consumer violations. <u>15 U.SC. §1681n.</u>  Thus, statutory damages (total transactions multiplied by $1000.00) could easily be in excess of $5,000,000.00 In addition, Plaintiff is seeking punitive damages and

---

[1] Co-Defendant, Educational Outfitters Group LLC, who the undersigned does not represent, was served on <u>April 28, 2021,</u> as reflected on state court docket.

2

**COLE, SCOTT & KISSANE, P.A.**
4301 WEST BOY SCOUT BOULEVARD - SUITE 400 - TAMPA, FLORIDA 33607 - (813) 289-9300 - (813) 286-2900 FAX

CASE NO.:

attorney's fees, which can be considered by the Court in calculating amount in controversy. See e.g. <u>McDaniel v. Fifth Third Bank</u>, 568 Fed. Appx. 729 (11th Cir. 2014); <u>Mirras v. Time a Co</u>., 578 F. Supp 2d 1351 (M.D. Fla. 2008) F. 3d 1242 (10th Cir. 2012).  As a result, and it totality, the preponderance of evidence would establish that Plaintiff's claim is in excess $5,000.000.00 pursuant to  <u>28 U.S.C §1332 (2)</u>. Therefore, this Court has diversity of citizenship jurisdiction over Plaintiff's class action claim pursuant to  <u>28 U.S.C. § 1332 (d)</u>.

5. Defendant's Notice of Removal is filed within thirty (30) days after Defendant accepted service of process of Plaintiff's Complaint on <u>April 13, 2012</u> as required by <u>28 U.S.C. 1446(b).</u>

6. Venue is proper in the Middle District of Florida because the case is  being removed from the Circuit Court in Hillsborough  County, Florida. <u>See </u>28 U.S.C. § 1446(a).

7. Defendant provided Plaintiff and the Clerk of the Circuit Court of the Thirteenth  Judicial Circuit in and for Hillsborough County, Florida, with written notice of the filing of this Notice of Removal.

8. Prior to filing this Notice of Removal, counsel for J&K Uniforms contacted corporate counsel for EOG (Chamise Sibert Parson, Esq.), who stated that EOG  "would consent" to the removal.

WHEREFORE, Defendant, J&K Uniforms LLC,  respectfully requests that this case be removed from the Circuit Court of the Thirteenth Judicial Circuit in and for

3

CASE NO.:

Hillsborough County, Florida, and docketed in the United States District Court, Middle

District of Florida, Tampa Division

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 10th day of May, 2021, a true and correct copy

of the foregoing has been furnished by electronic filing with the Clerk of the court via

CM/ECF, which will send notice of electronic filing to all counsel of record.

COLE, SCOTT & KISSANE, P.A.
Counsel for Defendant  *J & K UNIFORMS, LLC*
4301 West Boy Scout Boulevard
Suite 400
Tampa, Florida 33607
Telephone (813) 509-2691
Facsimile (813) 286-2900
Primary e-mail: daniel.nicholas@csklegal.com
Secondary e-mail:

By:  s/ Daniel A. Nicholas
      DANIEL A. NICHOLAS
      Florida Bar No.:  0847755

0746.0027-00/-1